RACHEL COHEN, Appellant, v. IDA FREEMAN, Defendant, and ABRAHAM FREEMAN, Respondent.— Order denying motion to confirm report of referee, to fix amount of damages occasioned by failure to complete purchase, and to punish defendant Abraham Freeman for contempt affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

ESLYN GERSTNER and LIONEL GERSTNER, Infants, by SALLE L. GERSTNER, Their Guardian ad Litem, Respondents, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

WILLIAM HERNDON, Respondent, v. CONTINENTAL BAKING CO., INC., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of ELSIE CAMERON to Take Her Distributive Share of the Estate of DUNCAN E. CAMERON, Deceased. MARY MACLEOD MAYER and HENRY CAPLAN, Individually and as Executors, etc., of DUNCAN E. CAMERON, Deceased, Respondents, Appellants; ELSIE CAMERON, Petitioner, Respondent.*— Decree of the Surrogate's Court of Richmond county reversed upon the law and the facts and proceeding dismissed, with costs to the executors, payable out of the estate. The finding by the learned surrogate that testator was domiciled at Washington, D. C., at the time of his death is contrary to the evidence. While an intention to reside there may have existed, the record discloses no actual residence. (Matter of Newcomb, 192 N. Y. 238, 250.) Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ., concur.

In the Matter of the Transfer Tax upon the Estate of ISABELLE C. KIRBY, Deceased. STATE TAX COMMISSION, Appellant; GUSTAVUS T. KIRBY and RICHARD ELY, as Executors, etc., of ISABELLE C. KIRBY, Deceased, Respondents.— Order of the Surrogate's Court of Westchester county, disallowing appeal by the State Tax Commission from order fixing and assessing transfer tax, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ. [133 Misc. 152.]

FREDERICK KOETZLE, Respondent, v. WILLIAM KASPER and Others, Appellants, and LOUISE KOETZLE and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.